# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 16-1004 | September Term, 2015 |
| | NRC-CLI-15-21 |
| | Filed On: May 18, 2016 |

Friends of the Earth,

      Petitioner

    v.

U.S. Nuclear Regulatory Commission and
United States of America,

      Respondents

     **BEFORE:**    Rogers, Kavanaugh, and Wilkins, Circuit Judges

## O R D E R

    Upon consideration of the motion to hold the case in abeyance, the responses thereto, and the reply, it is

    **ORDERED** that the motion be denied. Under the circumstances presented here, petitioner has not justified the need for, or benefit to be gained by, postponing consideration of this petition for an indefinite period, whereas timely judicial review of the Commission's final order may facilitate the orderly resolution of the administrative proceedings currently in progress.

    The Clerk is directed to enter a briefing schedule.

### Per Curiam