# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-1004**  September Term, 2015

NRC-CLI-15-21

Filed On: July 21, 2016 [1626261]

Friends of the Earth,

    Petitioner

    v.

U.S. Nuclear Regulatory Commission and
United States of America,

    Respondents

------------------------------

Pacific Gas and Electric Company,
    Intervenor

### O R D E R

Upon consideration of the motion to extend briefing schedule and the motion to suspend briefing, it is

**ORDERED** that the motion to suspend briefing be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file status reports at 120-day intervals beginning January 23, 2017.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the proceedings of the California Public Utilities Commission and any subsequent proceedings of the Nuclear Regulatory Commission related thereto.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
             Mark A. Butler
             Deputy Clerk